# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (DAYTON)

| | |
|---|---|
| RONA VILLAGE OF BEAVERCREEK HOMEOWNERS ASSOCIATION, INC.  :  :  : | Case No. 3:23-cv-00088 |
| Plaintiff,  : : | District Judge Thomas M. Rose<br>Magistrate Judge Caroline H. Gentry |
| vs.  :  : | |
| PEKIN INSURANCE COMPANY,  :  : | |
| Defendant.  : | |

## ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS PENDING APPRAISAL OUTCOME

This matter is before the Court on the parties' Joint Motion to Stay Proceedings Pending Appraisal Outcome (Doc. No. 28). For the reasons stated by the parties, and for good cause shown, the Court GRANTS the Motion and STAYS this litigation until the outcome of the appraisal process. The Preliminary Pretrial Conference scheduled for September 11, 2023 is hereby CANCELLED.

The parties are ORDERED to file a joint status report every sixty (60) days until the appraisal is complete. If the appraisal is completed before that time, the parties shall notify the Court in writing no later than fourteen (14) days after its completion.

**IT IS SO ORDERED**.

*s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge